DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Ste. 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2004-25, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-25,<br><br>Plaintiff,<br>vs.<br><br>SATICOY BAY LLC SERIES 4800 FIESTA LAKES; LOS PRADOS COMMUNITY ASSOCIATION, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br>SATICOY BAY LLC SERIES 4800 FIESTA LAKES,<br><br>Counterclaimant,<br>vs.<br><br>THE BANK OF NEW YORK MELLON,<br><br>Counter-Defendant. | Case No.: 2:16-cv-00246-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT PURSUANT TO THE COURT'S DECEMBER 27, 2017 ORDER (ECF No. 46)** |

…

1

46021514;1

**AKERMAN LLP**
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff The Bank Of New York Mellon Fka The Bank Of New York As Trustee For The Certificateholders Of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2004-25, Mortgage Pass Through Certificates, Series 2004-25 (**BNYM**), Defendant Saticoy Bay LLC Series 4800 Fiesta Lakes (**Saticoy Bay**) and Defendant Los Prados Community Association, Inc. (**HOA**) stipulate and move the court for a fourteen-day extension of time to file a status report pursuant to the court's December 27, 2017 Order (ECF No. 46):

1. On December 27, 2017, this court stayed this case and denied the pending motion (ECF No. 37) without prejudice pending the Nevada Supreme Court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931. (ECF No. 102.) The court directed the parties to file a status report within five days of the Nevada Supreme Court answering the certified question. (*Id.*)

2. The Nevada Supreme Court answered the certified question on August 2, 2018. *SFR Invs. Pool 1, LLC*, No. 72931, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018). The parties' joint status report is due August 7, 2018 as a result. (*See* ECF No. 102.)

3. Good cause exists to extend the parties' deadline to file a status report by fourteen days, from August 7, 2018 to August 21, 2018. BoNYM's counsel, Akerman LLP, is counsel of record for the plaintiff in over thirty cases pending in this court requiring a status report by August 7, 2018, and requires additional time to confer with opposing counsel and prepare a report outlining the parties' respective positions on the current status and future trajectory of this case in light of the Nevada Supreme Court's ruling.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

///

46021514;1

WHEREFORE, BoNYM, Saticoy Bay, and the HOA respectfully request the court extend the parties' deadline to file a joint status report pursuant to the court's December 27, 2018 order, ECF No. 46, up to, through and including August 21, 2018.

DATED this 7th, day of August, 2018.      DATED this 7th, day of August, 2018.

| **AKERMAN LLP**<br><br>By:*/s/ Jamie K. Combs,*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Cir. Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff* | **MICHAEL F. BOHN, ESQ., LTD.**<br><br>By: */s/ Adam R. Trippiedi*<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>2260 Corporate Cir. Ste. 480<br>Henderson, Nevada 89074<br><br>*Attorneys for Saticoy Bay LLC 4800 Fiesta Lakes* |
|---|---|
| **ALVERSON, TAYLOR, MORTENSEN & SANDERS**<br><br>By:*/s/ Adam R. Knecht*<br>KURT R. BONDS, ESQ.<br>Nevada Bar No. 6228<br>ADAM R. KNECHT, ESQ.<br>Nevada Bar No. 13166<br>6605 Grand Montecito Pkwy, #200<br>Las Vegas, NV 89149<br><br>*Attorneys for Los Prados Community Association, Inc.* | |

**ORDER**

IT IS SO ORDERED:

DATED: August 8, 2018

_____
**UNITED STATES MAGISTRATE JUDGE**

3

46021514;1